**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ _____
                  (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | PORTUGUESE BEND DISTILLING, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 8 2 - 2 9 3 6 9 9 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 300    The Promenade North | 1728    E 3rd St. |
| Number    Street | Number    Street |
| | # 5 |
| | P.O. Box |
| Long Beach    CA    90802 | Long Beach    CA    90802 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| |        CA |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.portuguesebenddistilling.com |

Debtor _____PORTUGUESE BEND DISTILLING, LLC_____     Case number (if known)_____
        Name

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | 7 _ 2 _ 2 _ 5 |

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ Chapter 11. *Check all that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

Debtor    PORTUGUESE BEND DISTILLING, LLC
          _____
          Name

Case number (if known) _____

| | |
|---|---|
| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                MM / DD / YYYY <br>         District _____ When _____ Case number _____ <br>                MM / DD / YYYY |
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>         District _____ When _____ <br>                            MM / DD / YYYY <br>         Case number, if known _____ |
| 11. Why is the case filed in *this district*? | Check all that apply: <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (Check all that apply.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                     Number     Street <br>                     _____ <br>                     City                 State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>       Contact name _____ <br>       Phone _____ |

**Statistical and administrative information**

| Debtor | PORTUGUESE BEND DISTILLING, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/16/2023
                 MM / DD / YYYY

X _____          Simon Haxton
Signature of authorized representative of debtor          Printed name

Title   Manager

---

Debtor  PORTUGUESE BEND DISTILLING, LLC

Name

Case number (if known)_____

| 18. Signature of attorney | ✗ _____ | Date | 08/16/2023 |
| | Signature of attorney for debtor | | MM  / DD / YYYY |

Michael S. Kogan

Printed name

Kogan Law Firm, APC

Firm name

11500 W. Olympic Blvd., Suite 400

Number        Street

Los Angeles                                    CA         90064

City                                      State      ZIP Code

310.954.1690                          mkogan@koganlawfirm.com

Contact phone                        Email address

128500                                        CA

Bar number                              State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PORTUGUESE BEND DISTILLING, LLC |
| United States Bankruptcy Court for the: | CENTRAL    District of    CALIFORI (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Long Beach Center LoanLLC 9200 W. Sunset Blvd., Penthouse 9 West Hollywood, CA 90069 | Coreland Companies 17542 E. 17th Street, Suite 420 Tustin, CA 92780 714.573.7780 | lease | c, u, d | | | 120,000 |
| 2 | Reliant Tax Consulting, Inc. 28432 Constellation Road Valencia, California 91355 | | | | | | 42,321 |
| 3 | Yusuke Imamura Swell 5904 Warner Avenue, Ste. A – 2002 Huntington Beach, CA 92649 | yu.imamura@swell.countr y | | | | | 3,068 |
| 4 | Economic Development . City Long Beach 411 West Ocean Blvd., 10th Long Beach, CA 90802 | | | | | | 9,340 |
| 5 | Matthew Kinley - Quatro Urbanos, LLC 235 E. Broadway Ave., Suite 210,Long Beach, CA 90802 | Matthew Kinley 562.522.3563 | | c, u, d | | | 10,000 |
| 6 | Mark Holmes, Brenda Rivera 2875 Michelle Dr, Suite 160 Irvine, CA 92606-1022 | Mark Holmes 949.645.0450 | | c, u, d | | | 10,000 |
| 7 | Barry Gore, Gore & Associ 3424 Carson St, Suite 350 Torrance, California 90503 | Barry Gore | | | | | 0 |
| 8 | Chase Ink PO Box 15123 Wilmington, DE 19850-5123 | | | | | | 4,170 |

Debtor  PORTUGUESE BEND DISTILLING, LLC _____    Case number (if known)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Wendy Thomas, T T &G Law 6101 W. Centinela Ave., Suite 270 Culver City, CA 90230 | Wendy Thomas | | | | | 10,000 |
| 10 | Small Business Adm 23422 545 HAWKINS BLVD STE 202 EL PASO, TX 79925-2652 | | | C,U, D | | | 150,000 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>PORTUGUESE BEND DISTILLING, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION**<br>**FOR NON-INDIVIDUAL FILING FOR**<br>**BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A            .

2. The following financial data is the latest available information and refers to the debtor's condition on  08/01/2023     .
   a. Total assets                                                    $
   b. Total debts (including debts listed in 2.c., below)             $
   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured ☐ unsecured ☐ subordinated | $ | | | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | | | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | | | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | | | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | | | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |
| ☒ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>PORTUGUESE BEND DISTILLING, LLC | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Simon Haxton _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2. a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   Brenda Rivera
   _____
   _____

   [For additional names, attach an addendum to this form.]

   b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 08/16/2023                          By: _____
                                              Signature of Debtor, or attorney for Debtor

                                          Name: Simon Haxton
                                                _____
                                                Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. |
| | |
| | Chapter 11 |
| PORTUGUESE BEND DISTILLING, LLC, | |
| Debtor. | **LIST OF EQUITY SECURITY HOLDERS** |

# LIST OF EQUITY SECURITY HOLDERS

1   Following is the list of the Debtor's equity security holders which is prepared in accordance

2   with Rule 1007(a)(3) for filing in this chapter 11 case.

3

4   The following are the debtor's equity security holders (list holders of each class, showing the
    number and kind of interests registered in the name of each holder, and the last known address

5   or place of business of each holder):

6

7

8       See attached

9   I, the attorney for the Debtor in this case, declare under penalty of perjury that I have read the
    foregoing List of Equity Security Holders and that it is true and correct to the best of my

10  information and belief.

11

12      Executed this 16th day of August, 2023, at Los Angeles, California.

13

14                                              Simon Haxton, Manager

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2
                        **LIST OF EQUITY SECURITY HOLDERS**

## EQUITY INTERESTS

SIMON HAXTON
1728 E 3RD ST., APT 5
LONG BEACH, CA 90802-3781
30.605%

BRENDA RIVERA
1511 TERMINO AVE.
LONG BEACH, CA 90804
30.605%

MATT HENDERSON
5509 PEPPERWOOD AVE
LAKEWOOD, CA 90712
2.6%

MARK HANDIAN
1920 CRESTSHIRE DR
GLENDALE, CA 91208
2.6%

KEVIN SCHETNE
6061 MILTON CR
HUNTINGTON BEACH, CA 92647
.65%

GUS SVERKOS
2818 E. 4TH ST
LONG BEACH, CA 90814
2.6%

ERIK DAEHLER
7762 S. GLENCOE CT.
CENTENNIAL, CO 80122
.26%

ERIK CANCEL
1550 E APPLETON #303
LONG BEACH, CA 90802
.26%

POP INVESTMENT GROUP, LLC
C/O JOSEPH NGUYEN 2533 CORNERSTONE LN
COSTA MESA, CA 92626
5.2%

KEVIN KENT
6248 OAKRIDGE RD
SAN DIEGO, CA 92120
2.6%

SONIA CASSATT
7323 COLLEGE AVE
WHITTIER, CA 90602
.13%

JODY CRUZ
504 SANTIAGO AVE
LONG BEACH, CA 90814
.13%

JAMES MARTINEZ
15127 ALONDRA BLVD
LA MIRADA, CA 90638
.65%

RICARDO BARBA
1042 E. SWANEE LANE
WEST COVINA, CA 91790
.65%

ROCKY MICUCCI
12425 OAK KNOLL RD
POWAY, CA 92064
.26%

QUATTRO URBANOS
65 PINE AVE #14
LONG BEACH, CA 90802
2.6%
IVER RETRUM
6887 S PRINCE CIRCLE
LITTLETON, CO 80120
.39%

RASHAD CAPTAN
1912 E 3RD ST #1
LONG BEACH, CA 90802
.08%

TRACY MURCHISON
C/O 300 THE PROMENADE NORTH
LONG BEACH, CA 90802

.65%

SAM COREJO
2075 E. APPLETON ST APT 23
LONG BEACH, CA 90803
1.3%

KELSEY HOSHIDE
284 GAVIOTA
LONG BEACH, CA 90802
.26%

4 GANADORS, LLC
729 ROSE AVE
LONG BEACH, CA 90813
4.55%

LIQUID DEVELOPMENT, LLC
2845 E SPRING ST
LONG BEACH, CA 90806
7.79%

JAMES LEATHERMAN
5234 HARVARD ST
VENTURA, CA 93003
.64%

JOSH JOHNSON
3048 SHADY PARK DR
LONG BEACH, CA 90808
.64%

SEAN MOORE
2108 WALLBROOK DR
LEWISVILLE, TX 75067
1.3%

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Long Beach  , California

                                                                _____
                                                                Signature of Debtor 1

Date:  08/16/2023

                                                                _____
                                                                Signature of Debtor 2

_____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## CORPORATE RESOLUTION

In accordance with the authority vested in the Members, Managers, Board of Directors,

the Directors have approved, and do hereby approve, the following resolutions:

**RESOLVED**, that Portuguese Bend Distilling, LLC (the "**Corporation**") file a Petition

for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

**RESOLVED**, that any officer or manager of the Corporation including but not limited to

Simon Haxton, Manager, is authorized by his sole signature to sign all documents necessary and

requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and

is directed to perform all acts and deeds and to execute and deliver all necessary documents on

behalf of the Corporation in connection with such Chapter 11 case, and it is further

**RESOLVED**, that this Corporation retain Kogan Law Firm, APC as counsel to represent

the Corporation in connection with the proceedings, and to pay its retainer.

**DATED**: August 16, 2023

PORTUGUESE BEND DISTILLING, LLC

By: _____
Simon Haxton, Member

**Fill in this information to identify the case:**

Debtor name  PORTUGUESE BEND DISTILLING, LLC

United States Bankruptcy Court for the: CENTRAL _____ District of CALIF
_____(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .................................................................................................

    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .............................................................................................

    $ ___46,800.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................................................

    $ __468,200.00

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................

    $ ___31,864.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............................

    + $ __528,938.00

4. **Total liabilities**...............................................................................................................................
    Lines 2 + 3a + 3b

    $ __560,802.00

**Fill in this information to identify the case:**

Debtor name  PORTUGUESE BEND DISTILLING, LLC

United States Bankruptcy Court for the: CENTRAL _____ District of CALIF
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. Cash on hand | | | $ 0.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Chase | CHECKING | 3  3 0 0 | $ 22,000.00 |
| 3.2. | | __ __ __ __ | $ 0.00 |

4. Other cash equivalents *(Identify all)*

| | |
| --- | --- |
| 4.1. | $ 0.00 |
| 4.2. | $ 0.00 |

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | $ 22,000.00 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. Deposits, including security deposits and utility deposits

| Description, including name of holder of deposit | |
| --- | --- |
| 7.1. Landlord Deposit - Warehouse-Crafted at the Port of Los Angeles Limited Partnership | $ 11,700.00 |
| 7.2. | $ |

Debtor ___PORTUGUESE BEND DISTILLING, LLC___   Case number *(if known)*_____
           Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____ $_____0.00

   8.2._____ $_____0.00

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____11,700.00

---

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 0 | – | 0 | = → | $ 0.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 25000 | – | 10000 | = → | $ 15,000.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____15,000.00

---

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1._____ | _____ | $ 0.00 |
| 14.2._____ | _____ | $ 0.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                              % of ownership:

| 15.1._____ | _____% | _____ | $ 0.00 |
| 15.2._____ | _____% | _____ | $ 0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| 16.1._____ | _____ | $ 0.00 |
| 16.2._____ | _____ | $ 0.00 |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                        $ 0.00

---

Debtor  PORTUGUESE BEND DISTILLING, LLC _____  Case number (if known)_____
    Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | 3/1/2023 <br> MM / DD / YYYY | $  97,080.00 | Liquidation | $  30,000.00 |
| **20. Work in progress** <br> _____ | 3/1/2023 <br> MM / DD / YYYY | $  100,702.00 | Liquidation | $  25,000.00 |
| **21. Finished goods, including goods held for resale** <br> _____ | 3/1/2023 <br> MM / DD / YYYY | $  22,162.00 | Liquidation | $  20,000.00 |
| **22. Other inventory or supplies** <br> _____ | 3/1/2023 <br> MM / DD / YYYY | $  35,757.00 | Liquidation | $  10,000.00 |

23. **Total of Part 5**     ✓     $  85,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $  0.00 |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $  0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $  0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $  0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $  0.00 |

Debtor   PORTUGUESE BEND DISTILLING, LLC                    Case number (if known)_____
      Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.
$             0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| FF&E | $ 250,000.00 | Liquidation | $ 250,000.00 |
| 40. **Office fixtures** | | | |
| Distillery equip | $ 198,034.00 | Liquidation | $ 100,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ 56,989.00 | Liquidation | $ 5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $ 0.00 |
| 42.2 | $_____ | _____ | $ 0.00 |
| 42.3 | $_____ | _____ | $ 0.00 |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.
$     355,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☑ Yes

Debtor      PORTUGUESE BEND DISTILLING, LLC _____      Case number (if known)_____
            Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2015 Ford F-250 | $ 8,000.00 | Liquidation | $ 8,000.00 |
| 47.2 | $ | | $ 0.00 |
| 47.3 | $ | | $ 0.00 |
| 47.4 | $ | | $ 0.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ 0.00 |
| 48.2 | $ | | $ 0.00 |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ 0.00 |
| 49.2 | $ | | $ 0.00 |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Additional FF&E Distillery | $ | | $ 0.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 8,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor ___PORTUGUESE BEND DISTILLING, LLC___     Case number (if known)_____
         Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Crafted at the Port of Los Angele | Lease | $ 0.00 | Liquidation | $ 0.00 |
| 55.2 | | $ | | $ 0.00 |
| 55.3 | | $ | | $ 0.00 |
| 55.4 | | $ | | $ 0.00 |
| 55.5 | | $ | | $ 0.00 |
| 55.6 | | $ | | $ 0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ 25,000.00 | | $ 25,000.00 |
| 61. Internet domain names and websites | $ 5,000.00 | | $ 5,000.00 |
| 62. Licenses, franchises, and royalties<br>Liquor lic. - Type 06 Still; Type 74 Craft; Type 3 Bra | $ 20,000.00 | | $ 20,000.00 |
| 63. Customer lists, mailing lists, or other compilations | $ 5,000.00 | | $ 5,000.00 |
| 64. Other intangibles, or intellectual property<br>sales account dist. | $ 2,500.00 | | $ 2,500.00 |
| 65. Goodwill | $ 0.00 | | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 62,500.00

Debtor    PORTUGUESE BEND DISTILLING, LLC _____    Case number (if known)_____
      Name

---

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

  ☑ No

  ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

  ☑ No

  ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

  ☑ No

  ☐ Yes

## Part 11:    All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?

  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.

  ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable**<br>Description (include name of obligor)<br>Part Street Imports<br>3,000.00 Total face amount − 2,500.00 doubtful or uncollectible amount = → | $ 500.00 |
| **72. Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>_____ Tax year _____ | $ 0.00 |
| _____ Tax year _____ | $ 0.00 |
| _____ Tax year _____ | $ 0.00 |
| **73. Interests in insurance policies or annuities**<br>_____ | $ 0.00 |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)**<br>_____<br>Nature of claim _____<br>Amount requested $_____ | $ 0.00 |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>_____<br>Nature of claim _____<br>Amount requested $_____ | $ 0.00 |
| **76. Trusts, equitable or future interests in property**<br>_____ | $ 0.00 |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>_____ | $ 0.00 |
| _____ | $ 0.00 |
| **78. Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $ 500.00 |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

  ☑ No

  ☐ Yes

---

Debtor   PORTUGUESE BEND DISTILLING, LLC
_____
Name                                                Case number (if known)_____

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 22,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 11,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 15,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 85,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 355,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 8,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 62,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ....................91a. | $ 468,200.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... $ 468,200.00

---

**Fill in this information to identify the case:**

Debtor name  PORTUGUESE BEND DISTILLING, LLC

United States Bankruptcy Court for the:  CENTRAL          District of  CALIF
                                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
WELLS FARGO BANK, N.A.

Creditor's mailing address
800 WALNUT ST
DES MOINES, IA 50309-3605

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
1 FORKLIFT MODEL#: 8FGU25 S/N 72034

Describe the lien
lien on forklift

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00    $ 7,500.00

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 31,864.00

Debtor  PORTUGUESE BEND DISTILLING, LLC _____      Case number (if known)_____
        Name

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.__ Creditor's name

   ENVISION CAPITAL GROUP LLC

Creditor's mailing address

   23422 MILL CREEK DR STE 200
   LAGUNA BEACH, CA 92653-7923

Creditor's email address, if known

   _____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
   priority?
   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is subject to a lien

   liquid solid separator
   _____          $ 18,000.00    $ 18,000.00
   _____
   _____

Describe the lien
   _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.__ Creditor's name

   Ally

Creditor's mailing address

   PO Box 380902

   Bloomington, MN 55438-0902

Creditor's email address, if known

   _____

Date debt was incurred _____

Last 4 digits of account
number    2  1  3  8

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
   priority?
   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is subject to a lien

   2015 Ford F-250
   _____          $ 6,364.00     $ 6,364.00
   _____

Describe the lien
   2015 Ford F-250

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor ___PORTUGUESE BEND DISTILLING, LLC___    Case number (if known)_____
      Name

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BANLEACO 11017 AURORA AVE URBANDALE, IA 50322-7902 | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | PORTUGUESE BEND DISTILLING, LLC |
| United States Bankruptcy Court for the: | CENTRAL    District of CALIF |
| | (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Unit, MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor      PORTUGUESE BEND DISTILLING, LLC _____      Case number (if known)_____
                    Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

Los Angeles County Tax Collector

P.O. Box 54110
Los Angeles, CA 90054-0110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00      $ _____ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2.__** Priority creditor's name and mailing address

California Dept Tax and Fee Adm

3321 Power Inn Road, Suite 210
Sacramento, CA 95826

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00      $ _____ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2.__** Priority creditor's name and mailing address

TTB

550 Main Street, Suite 8002
Cincinnati, OH 45202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00      $ _____ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____      $ _____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

Debtor ___PORTUGUESE BEND DISTILLING, LLC_____   Case number (if known)_____
          Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Long Beach Center LLC, Coreland Companies

17542 E. 17th St., Suite 420
Tustin, CA 92780

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 120,000.00

Basis for the claim: lease premises

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Reliant Tax Consulting, Inc.

28432 Constellation Road

Valencia, California 91355

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 42,321.00

Basis for the claim: consult work

Date or dates debt was incurred   2020-2021
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Yusuke Imamura Swell Country LLC

5904 Warner Avenue, Ste. A - 2002

Huntstation Beach, California, 92649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,068.00

Basis for the claim: consult service

Date or dates debt was incurred _____
Last 4 digits of account number   1408 __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Economic Development Depart. - City Long Beach

411 West Ocean Boulevard, 10th Floor

Long Beach, CA 90802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,340.00

Basis for the claim: ELP-20206-7 Emerg

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Weststar Loan Servicing
2340 Paseo Del Prado D104

Las Vegas, NV  89102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: service loan - ELP

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Matthew Kinley - Quatro Urbanos, LLC

Kinley Law - 235 E. Broadway Ave., Suite 210

Long Beach, CA 90802

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 10,000.00

Basis for the claim: fiduciary breach com

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     PORTUGUESE BEND DISTILLING, LLC        Case number (if known)_____
<br>Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___** Nonpriority creditor's name and mailing address

Simon Haxton

1728 E 3RD ST., APT 5

LONG BEACH, CA 90802-3781

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: wages, advances

$ 276,539.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Brenda Rivera

1511 TERMINO AVE.
LONG BEACH, CA 90804

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$ 43,500.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Chase Ink

PO Box 15123

Wilmington, DE 19850-5123

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: credit card

$ 4,170.00

Date or dates debt was incurred _____
Last 4 digits of account number 6 2 1 6

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Small Business Administration

545 HAWKINS BLVD STE 202
EL PASO, TX 79925-2652

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: SBA loan paid

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor      PORTUGUESE BEND DISTILLING, LLC                    Case number (if known)_____
               Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.___ **Nonpriority creditor's name and mailing address**

Law Offices Mark Holmes, Brenda Rivera

2875 Michelle Drive, Suite 160

Irvine, CA 92606-1022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** contract-complaint

$                 10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    7 _ 3 _ 9 _ 0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Barry Gore, Gore & Associates

3424 Carson Street, Suite 350

Torrance, California 90503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** prof fees

$                       0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Wendy Thomas, T T & G Law Group

6101 W. Centinela Ave., Suite 270

Culver City, CA 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** prof fees

$                 10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___PORTUGUESE BEND DISTILLING, LLC___ Case number (if known)_____
 Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 528,938.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 528,938.00 |

Fill in this information to identify the case:

Debtor name __PORTUGUESE BEND DISTILLING, LLC__

United States Bankruptcy Court for the: __CENTRAL__    District of __CALIF__
(State)

Case number (If known): _____    Chapter ____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | former Lease for premises | Long Beach Center, LLC |
| | | | attn: Tony Shoushani, 9200 W. Sunset Blvd., Penthouse 9, West Hollywood, CA 90069  or |
| | State the term remaining | terminated | Coreland Companies, 17542 E 17th St., Suite 420 Tustin, CA 92780 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Lease | Crafted at the Port of Los Angeles Limited Partnership |
| | | | 112 E. 22nd Street |
| | State the term remaining | over year | San Pedro, CA  90731 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    PORTUGUESE BEND DISTILLING, LLC

United States Bankruptcy Court for the:  CENTRAL                District of  CALIF
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply |
| 2.1 Simon Haxton | Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☑ E/F ☐ G |
| 2.2 Brenda Rivera | Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☑ E/F ☐ G |
| 2.3 _____ | Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name __PORTUGUESE BEND DISTILLING, LLC__

United States Bankruptcy Court for the: __CENTRAL__        District of __CALIF__
_____(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/16/2023__        X _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        Simon Haxton
                                        Printed name

                                        Manager
                                        Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
| --- |
| Debtor name    PORTUGUESE BEND DISTILLING, LLC |
| United States Bankruptcy Court for the:    Central District of California |
| Case number (If known):  _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From  8/1/2023 <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | $ 60,000.00 |
| **For prior year:** | From  1/1/2022 <br> MM / DD / YYYY | to | 12/31/2022 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 1,313,992.00 |
| **For the year before that:** | From  1/1/2021 <br> MM / DD / YYYY | to | 12/31/2021 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 1,437,556.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From  _____ <br> MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From  _____ <br> MM / DD / YYYY | to | _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From  _____ <br> MM / DD / YYYY | to | _____ <br> MM / DD / YYYY | _____ | $_____ |

Debtor    PORTUGUESE BEND DISTILLING, LLC
          Name                                              Case number (if known)_____

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code<br><br>Relationship to debtor | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code<br><br>Relationship to debtor | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor   PORTUGUESE BEND DISTILLING, LLC
_____
         Name

Case number (if known)_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Brenda Rivera, et al v Portu | breach contract | Superior Court - South Branch _Name_ 275 Magnolia Blvd. _Street_ Long Beach , Los Angeles 90802 _City_   _State_   _ZIP Code_ | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 22LBCV00021 | | | |
| 7.2. | **Case title** Quatro Urbanos v Portugue | Breach Fiduciary | **Court or agency's name and address** Superior Court - South Branch _Name_ 275 Magnolia Blvd. _Street_ Long Beach , Los Angeles 90802 _City_   _State_   _ZIP Code_ | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 22LBCV00506 | | | |

Debtor    PORTUGUESE BEND DISTILLING, LLC        Case number (if known)_____
<br>Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City   State   ZIP Code | | |
| | **Date of order or assignment** | City   State   ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

Debtor    PORTUGUESE BEND DISTILLING, LLC
_____          Case number (if known) _____
          Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kogan Law Firm, APC | | 2023 | $ 50,000.00 |
| | **Address** | | | |
| | 11500 W. Olympic Blvd., Suite 400 | | | |
| | Street | | | |
| | Los Angeles        CA     90064 | | | |
| | City                State   ZIP Code | | | |
| | **Email or website address** | | | |
| | mkogan@koganlawfirm.co | | | |
| | Who made the payment, if not debtor? | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State   ZIP Code | | | |
| | **Email or website address** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | Trustee | | | |
| | | | | |

Debtor    PORTUGUESE BEND DISTILLING, LLC
          _____              Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| Address | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | | |
| 13.2. _____ | _____ | _____ | $_____ |
| Address | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy |
|---|---|---|---|
| 14.1. Street _____ | | | From _____ To _____ |
| _____ | | | |
| City          State    ZIP Code | | | |
| 14.2. Street _____ | | | From _____ To _____ |
| _____ | | | |
| City          State    ZIP Code | | | |

Debtor ____PORTUGUESE BEND DISTILLING, LLC____   Case number (if known)_____
       Name

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| Street _____<br>_____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address<br><br>15.2. _____<br>Facility name | Nature of the business operation, including type of services the debtor provides<br>_____ | If debtor provides meals and housing, number of patients in debtor's care<br>_____ |
| Street _____<br>_____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

  Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

    Has the plan been terminated?

      ☐ No

      ☐ Yes

Debtor    PORTUGUESE BEND DISTILLING, LLC _____    Case number (if known)_____
           Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State      ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State      ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State      ZIP Code | _____ <br> _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Warehouse 9 <br> Name <br> 110 E. 22nd Street <br> Street <br> _____ <br> San Pedro    CA    90731 <br> City      State      ZIP Code | Simon Haxton <br> _____ <br> _____ <br> Address <br> _____ <br> _____ | warehouse for materials and inventory of distillery <br> _____ | ☐ No <br> ☑ Yes |

Debtor  ___PORTUGUESE BEND DISTILLING, LLC___          Case number (if known)_____
        Name

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor __PORTUGUESE BEND DISTILLING, LLC__          Case number (if known)_____
                 Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____  To _____ |
| | City       State     ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____  To _____ |
| | City       State     ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____  To _____ |
| | City       State     ZIP Code | | |

---

Debtor    PORTUGUESE BEND DISTILLING, LLC
          _____
          Name                                          Case number (if known)_____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Daniel Ratynets, Eichenbaum, Comer & Ratynets<br>Name<br>21031 Ventura Blvd., Ste 600<br>Street<br><br>Woodland Hills        CA        91364<br>City                    State      ZIP Code | From _____ To _____ |
| Name and address | Dates of service |
| 26a.2. Maria Michaelson, Accounting at your Service<br>Name<br>3614 E 3rd Street<br>Street<br>Long Beach            CA        90814<br><br>City                    State      ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City                    State      ZIP Code | From _____ To _____ |
| Name and address | Dates of service |
| 26b.2.<br>Name<br><br>Street<br><br>City                    State      ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br>Daniel Ratynets, Eichenbaum, Comer & Ratynets<br>Street<br>21031 Ventura Blvd., Ste 600<br>Woodland Hills        CA        91364<br>City                    State      ZIP Code | _____<br>_____<br>_____ |

Debtor    PORTUGUESE BEND DISTILLING, LLC _____        Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2.** Maria Michaelson, Accounting at your Service<br>Name<br><br>Street<br>3614 E 3rd Street<br>Long Beach                    CA          90814<br>City                              State        ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.** _____<br>Name<br><br>Street _____<br>_____<br><br>City _____  State _____  ZIP Code _____ |

| Name and address |
|---|
| **26d.2.** _____<br>Name<br><br>Street _____<br>_____<br><br>City _____  State _____  ZIP Code _____ |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** _____<br>Name<br><br>Street _____<br>_____<br><br>City _____  State _____  ZIP Code _____ |

Debtor      PORTUGUESE BEND DISTILLING, LLC
            Name                                              Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.
Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Simon Haxton | 300 The Promenade North Long Beac | Manager | 30.605 |
| Brenda Rivera | 300 The Promenade North Long Beac | | 30.605 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

30.1.
Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

Debtor     PORTUGUESE BEND DISTILLING, LLC                    Case number (if known)_____
           Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 Name | | | |
| Street | | | |
| City | State | ZIP Code | |
| Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☑ No
❑ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☑ No
❑ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/16/2023
                MM  / DD  / YYYY

X _____           Printed name  Simon Haxton
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
❑ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re**

       PORTUGUESE BEND DISTILLING, LLC       Case No. _____

**Debtor**                               Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____50,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____50,000

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

2. The source of the compensation paid to me was:

   ☑ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/16/2023
*Date*

_____
*Signature of Attorney*

Kogan Law Firm, APC
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |
| ☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>PORTUGUESE BEND DISTILLING, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  08/16/2023 _____        _____
                                            Signature of Debtor 1

Date: _____                    _____
                                            Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____                    _____
                                            Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                            F 1007-1.MAILING.LIST.VERIFICATION

Portuguese Bend Distilling, LLC
Simon Haxton
300 The Promenade North
Long Beach, CA 90802


Michael S. Kogan, Esq
Kogan Law Firm, APC
11500 W. Olympic Blvd
Suite 400
Los Angeles, CA  90064


United States Trustee
915 Wilshire Blvd
Suite 1850
Los Angeles, CA  90017

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Franchise Tax Board
Bankruptcy Unit, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Los Angeles County Tax Collector
P.O. Box 54088
Los Angeles, CA 90054-0088

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

County of Los Angeles
225 North Hill Street, Rm 122,
Los Angeles, CA 90012

California Dept Tax and Fee Adm
3321 Power Inn Road, Suite 210
Sacramento, CA 95826

TTB
550 Main Street, Suite 8002
Cincinnati, OH 45202

TTB – Excise Tax
PO Box 790353
St. Louis, MO 63179-0353

U.S. Small Business  Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

Small Business Administration
545 HAWKINS BLVD STE 202
EL PASO, TX 79925-2652

WELLS FARGO BANK, N.A.
800 WALNUT ST
DES MOINES, IA 50309-3605

Wells Fargo Vendor Financial Services
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

ENVISION CAPITAL GROUP LLC
23422 MILL CREEK DR STE 200
LAGUNA BEACH, CA 92653-7923

BANLEACO
11017 AURORA AVE
URBANDALE, IA 50322-7902

Ally
PO Box 380902
Bloomington, MN 55438-0902

Long Beach Center LLC
attn: Tony Shoushani
9200 W. Sunset Blvd., Penthouse 9
West Hollywood, CA 90069

Reliant Tax Consulting, Inc.
28432 Constellation Road
Valencia, California 91355

Yusuke Imamura Swell Country LLC
5904 Warner Avenue, Ste. A – 2002
Huntington Beach, California, 92649

Economic Development Depart.
City Long Beach
411 West Ocean Boulevard, 10th Floor
Long Beach, CA 90802

Weststar Loan Servicing
2340 Paseo Del Prado D104
Las Vegas, NV  89102

Matthew Kinley - Quatro Urbanos, LLC
Kinley Law - 235 E. Broadway Ave., Suite 210
Long Beach, CA 90802

Law Offices Mark Holmes, Brenda Rivera
2875 Michelle Drive, Suite 160
Irvine, CA 92606-1022

Ramin Azadegan, Esq.
**Azadegan Law Group, APC**
9100 Wilshire Boulevard, Suite 710E
Beverly Hills, California 90212

Coreland Companies
Long Beach Center Loan, LLC
17542 E. 17th Street, Suite 420
Tustin, CA 92780

Barry Gore
Gore & Associates
3424 Carson Street, Suite 350
Torrance, California 90503

Richard L. Seide
RICHARD L. SEIDE, APC
901 Dove Street, Suite 120
Newport Beach, CA  92660-3018

Crafted at the Port of LA LP
112 E. 22nd Street
San Pedro, CA 90731

Chase Ink

PO Box 15123
Wilmington, DE 19850-5123

Wendy Thomas
T T & G Law Group
6101 W. Centinela Ave., Suite 270
Culver City, CA 90230

SIMON HAXTON
1728 E 3RD ST., APT 5
LONG BEACH, CA 90802-3781

BRENDA RIVERA
1511 TERMINO AVE.
LONG BEACH, CA 90804

MATT HENDERSON
5509 PEPPERWOOD AVE
LAKEWOOD, CA 90712

MARK HANDIAN
1920 CRESTSHIRE DR
GLENDALE, CA 91208

KEVIN SCHETNE
6061 MILTON CR
HUNTINGTON BEACH, CA 92647

GUS SVERKOS
2818 E. 4TH ST
LONG BEACH, CA 90814
2.6%

ERIK DAEHLER
7762 S. GLENCOE CT.
CENTENNIAL, CO 80122

ERIK CANCEL
1550 E APPLETON #303
LONG BEACH, CA 90802

POP INVESTMENT GROUP, LLC
C/O JOSEPH NGUYEN 2533 CORNERSTONE LN
COSTA MESA, CA 92626

KEVIN KENT

6248 OAKRIDGE RD
SAN DIEGO, CA 92120

SONIA CASSATT
7323 COLLEGE AVE
WHITTIER, CA 90602

JODY CRUZ
504 SANTIAGO AVE
LONG BEACH, CA 90814

JAMES MARTINEZ
15127 ALONDRA BLVD
LA MIRADA, CA 90638

RICARDO BARBA
1042 E. SWANEE LANE
WEST COVINA, CA 91790

ROCKY MICUCCI
12425 OAK KNOLL RD
POWAY, CA 92064

QUATTRO URBANOS
65 PINE AVE #14
LONG BEACH, CA 90802

IVER RETRUM
6887 S PRINCE CIRCLE
LITTLETON, CO 80120

RASHAD CAPTAN
1912 E 3RD ST #1
LONG BEACH, CA 90802

TRACY MURCHISON
C/O 300 THE PROMENADE NORTH
LONG BEACH, CA 90802

SAM COREJO
2075 E. APPLETON ST APT 23
LONG BEACH, CA 90803

KELSEY HOSHIDE
284 GAVIOTA
LONG BEACH, CA 90802

4 GANADORS, LLC
729 ROSE AVE
LONG BEACH, CA 90813

LIQUID DEVELOPMENT, LLC
2845 E SPRING ST
LONG BEACH, CA 90806

JAMES LEATHERMAN
5234 HARVARD ST
VENTURA, CA 93003

JOSH JOHNSON
3048 SHADY PARK DR
LONG BEACH, CA 90808

SEAN MOORE
2108 WALLBROOK DR
LEWISVILLE, TX 75067

Smoke and Fire Social Eatery LLC
Attn: Isaias Hernandez, Manager
1327 W. Whittier Boulevard
La Habra, California  90631

Craig D. Hardwick, Esq.
Tom Ziegler
Frost Brown Todd AlvaradoSmith
1 MacArthur Place, Suite 200
Santa Ana, California  92707